SLARK, DAY & STAUFFER *v.* BROOM & CAUGHLIN—CRESCENT MUTUAL INSURANCE COMPANY, Intervenors.

A judgment will be set aside where there is no *contestatio litis* between the parties to it.

APPEAL from the Fourth District Court of New Orleans, *Reynolds,* J.
Gaither, for plaintiffs.   *D. N. & W. D. Hennen,* for defendants and appellants.   *Cohen,* for Crescent Mutual Insurance Company.   *Marks,* for third opponent.

SPOFFORD, J. The appellant, *George L. Broom* complains, that a personal judgment was erroneously rendered against him in favor of the intervenors, the Crescent Mutual Insurance Company.

His complaint is well founded. There was no *contestatio litis* between him and the Insurance Company, nor does it appear that he was even cited to answer the petition in intervention. Citation was served upon *Caughlin*, who was at one time a partner of *Broom*, but it seems that the partnership had been dissolved previous to the filing of the petition in intervention.

It is therefore ordered and decreed, that the judgment of the District Court in favor of the Crescent Mutual Insurance Company against *George L. Broom*, personally, for the sum of three hundred and sixty dollars, with five per cent. interest from the 1st of July, 1852, be annulled, avoided and reversed; and that there be judgment in favor of said *Broom*, as in case of nonsuit, with costs in both courts.